THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| CONTINENTAL MEDICAL TRANSPORT LLC, d/b/a JET RESCUE,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS, and THE BOEING COMPANY CONSOLIDATED HEALTH AND WELFARE BENEFIT PLAN,<br><br>Defendants. | CASE NO. C20-0115-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery deadline until April 14, 2021 (Dkt. No. 26.) Having reviewed the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion. All other deadlines remain unchanged.

//

//

//

MINUTE ORDER
C20-0115-JCC
PAGE - 1

DATED this 17th day of March 2021.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk