THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONTINENTAL MEDICAL TRANSPORT LLC, d/b/a JET RESCUE, <br><br> Plaintiff, <br><br> v. <br><br> HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS, and THE BOEING COMPANY CONSOLIDATED HEALTH AND WELFARE BENEFIT PLAN, <br><br> Defendants. | CASE NO. C20-0115-JCC <br><br> MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Presently before the Court are the parties' motions to seal (Dkt. Nos. 28, 33), Defendant's motion for summary judgment (Dkt. No. 30) and Plaintiff's motion for summary judgment (Dkt. No. 35). In the interest of judicial efficiency, the Court will consider these motions collectively. Accordingly, the Clerk is DIRECTED to renote Docket Numbers 28 and 30 to May 7, 2021.

//

//

MINUTE ORDER
C20-0115-JCC
PAGE - 1

1   DATED this 10th day of May 2021.

                                    William M. McCool
                                    Clerk of Court

                                    s/Paula McNabb
                                    Deputy Clerk

MINUTE ORDER
C20-0115-JCC
PAGE - 2